LISA A. FREY (NJ State Bar #: 033731983)
lisa@mertzel-law.com
MERTZEL LAW PLLC
1204 Broadway, 4th Floor
New York, NY 10001
Tel: 646-965-6900 x 5

Attorneys for Defendant,
DBEST PRODUCTS, INC.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ECR4KIDS, L.P.,<br><br>  Plaintiff,<br><br>  v.<br><br>DBEST PRODUCTS, INC.<br><br>  Defendant. | CIVIL ACTION NO. 23-2675-MCA-LDW<br><br>**DECLARATION OF EHAB M. SAMUEL IN SUPPORT OF DBEST PRODUCTS, INC.'S MOTION TO DISMISS**. |

I, Ehab M. Samuel, declare as follows:

    1.    I am an attorney licensed to practice in all courts of the state of California and partner at Orbit IP, LLP, in Los Angeles, California. I represent defendant dbest products, Inc. and expect to file a motion for admission *pro hac vice* in the above-referenced matter. Unless otherwise stated, I have personal knowledge of the facts set forth herein.

    2.    On October 20, 2023, I sent a letter to Jay DiMarino, counsel for ECR4Kids, containing dbest's covenant not to sue ECR4Kids for patent infringement.

    3.    A true and correct copy of my letter is attached as Exhibit A.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 25, 2023.

                                                   Ehab M. Samuel