LISA A. FREY (NJ State Bar #: 033731983)
lisa@mertzel-law.com
MERTZEL LAW PLLC
1204 Broadway, 4th Floor
New York, NY 10001
Tel: 646-965-6900 x 5

Attorneys for Defendant,
DBEST PRODUCTS, INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ECR4KIDS, L.P., <br><br> Plaintiff, <br><br> v. <br><br> DBEST PRODUCTS, INC. <br><br> Defendant. | CIVIL ACTION NO. 23-2675-MCA-LDW <br><br> **[PROPOSED] ORDER GRANTING DBEST PRODUCTS, INC.'S MOTION TO DISMISS** |

Defendant dbest products, Inc. ("dbest") having moved before this Court for an Order dismissing the First Amended Complaint of ECR4kids, L.P., pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6), on notice to all counsel, and the Court having considered the moving papers, any opposition thereto, and any reply papers, and for good cause being shown:

IT IS HEREBY ORDERED as follows:

1. Defendant's motion to dismiss hereby granted; and

2. The First Amended Complaint is hereby dismissed with prejudice.

Dated: _____        _____
                                                                      Hon. Madeline Cox Arleo, U.S.D.J.