AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District Court of New Jersey

| ECR4Kids, L.P., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-2675-MCA-LDW |
| DBEST PRODUCTS, INC., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DBEST PRODUCTS, INC., .

Date: 03/14/2024

*/s/ Nancy J. Mertzel*
*Attorney's signature*

Nancy J. Mertzel, 405282023
*Printed name and bar number*

25 Pompton Avenue, Suite 101
Verona, NJ 07044
*Address*

nancy@mertzel-law.com
*E-mail address*

(646) 965-6900
*Telephone number*

*FAX number*